Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150

Attorney for Debtors and Defendants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MICHAEL T. SACKETT and CHANTELL R. SACKETT,<br><br>Debtors, | Case No: 13-20088-TLM |
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL T. SACKETT and CHANTELL R. SACKETT, Idaho citizens, and the marital community comprised thereof,<br><br>Defendants. | Adversary Proceeding No. 13-07015-TLM |

**STIPULATION TO DISMISS**

COME NOW, the above named parties, by and through their respective counsel, and upon the Settlement Agreement reached by the parties having been fully satisfied, and for good cause shown, the parties stipulate that this adversary proceeding be dismissed with prejudice, and each party shall bear their own attorney's fees and costs.

//

//

//

STIPULATION TO DISMISS                    -1-

DATED this 22 day of February, 2017.

                        ELSAESSER JARZABEK ANDERSON
                        ELLIOTT & MACDONALD, CHTD.

                        */s/ Bruce A. Anderson*
                        Bruce A. Anderson
                        Attorney for Debtors and Defendants

DATED this 22 day of February, 2017.

                        WINSTON & CASHATT

                        */s/ David P. Gardner*
                        David P. Gardner
                        Attorney for Plaintiff